1 | Jeremy C. Johnson, Bar #025203
  | Alexander R. LaCroix, Bar #030166
2 | JONES, SKELTON & HOCHULI, P.L.C.
  | 40 North Central Avenue, Suite 2700
3 | Phoenix, Arizona 85004
  | Telephone: (602) 263-1700
4 | Fax: (602) 200-7868
  | jjohnson@jshfirm.com
5 | alacroix@jshfirm.com

6 | Attorneys for Defendants Jorge Ramirez
  | Larios and Kerr Trucking, Inc.
7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF ARIZONA**

| | |
|---|---|
| Samuel Alvarado and Ana Rosa Gonzalez; Celso Cabrera Tapia and Yareli Benitez Quintero; Juan Francisco Benitez Alvarado and Maria Quintero; Husbands and Wives, | NO. **Notice of Removal** |
| Plaintiffs, | |
| v. | |
| Jorge Ramirez Larios and Jane Doe Ramirez Larios, Husband and Wife, Kerr Trucking, Inc., a California Corporation; John Does I Through X, their Respective Spouses; Black Corporations I through V and White Partnerships I through V, | |
| Defendants. | |

Defendant Kerr Trucking, Inc. ("Defendant") hereby files the following notice of removal of this action currently pending in the Superior Court of the State of Arizona, County of Maricopa, No. CV2019-002630, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§§ 1332, 1441, and 1446. As grounds for removal, Defendant states as follows:

**I.      PROCEDURAL HISTORY**

   1.   The above captioned case commenced when Plaintiffs Samuel Alvarado and Ana Rosa Gonzalez; Celso Cabrera Tapia and Yareli Benitez Quintero; Juan

7632371.1

Francisco Benitez Alvarado and Maria Quintero ("Plaintiffs") filed a complaint in Maricopa County Superior Court on or about, March 1, 2019. *See* Plaintiff's Complaint, along with the complete Superior Court file, attached as Exhibit A.

2. Defendant Kerr Trucking was served on or around May 7, 2019.

3. Defendant Jorge Ramirez Larios was served on or around April 11, 2019, and consents to removal pursuant to 28 U.S.C. § 1446(b)(2)(C).

## II.   TIMELINESS OF REMOVAL

1. Under 28 U.S.C. § 1446(b), a defendant is provided thirty days from the date of service of a complaint within which to file a notice of removal to federal court.

2. This Notice of Removal, therefore, is timely. *See* 28 U.S.C. § 1446(b).

3. A Notice of Filing Notice of Removal was filed in Maricopa County Superior Court. *See* Notice of Filing Notice of Removal, attached as Exhibit B.

## III.   BASIS FOR REMOVAL

1. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because: (1) there is complete diversity of citizenship between Plaintiffs and Defendants; and (2) the matter in controversy, excluding interest and costs, appears to exceed the sum or value of $75,000. *See* 28 U.S.C. § 1332(a).

### A.   Diversity of Citizenship

1. As stated in the Complaint, Plaintiffs reside in Maricopa County, Arizona. *See* Complaint at ¶ 1. Plaintiffs are thus citizens of Arizona.

2. Defendant Jorge Ramirez Larios is a resident of California, *see* Complaint at ¶ 2, and the principal place of business for Defendant Kerr Trucking, Inc. is in California. *See* Complaint at ¶ 4. Defendants are thus citizens of California.

3. There is, therefore, complete diversity of citizenship between Plaintiffs and Defendants, and the diversity of citizenship requirement is satisfied.

**B.     Value of Matter in Controversy**

1. Plaintiffs allege that Defendants' conduct caused serious physical and emotional injuries to Plaintiffs Samuel Alvarado, Celso Cabrera Tapia, and Juan Francisco Benitez. *See* Complaint at ¶ 16.

2. Plaintiffs further allege that Plaintiff Celsio Cabrera Tapia's expenses for past and future medical treatment are in excess of $1,423,568.19, s*ee* Complaint at ¶ 18, that Plaintiff Samuel Alvarado's expenses for past and future medical treatment are in excess of $272,076.90, *see* Complaint at ¶ 20, and that Plaintiff Juan Francisco Benitez Alvarado's expenses for past and future medical treatment are in excess of $49,004.16. *See* Complaint at ¶ 21, all of which special damages are being sought in addition to general damages for pain and suffering and loss of consortium. *See* Complaint at ¶ 30.

4. Thus, Plaintiffs certified that the damages sought in this case exceed $75,000.

5. Taking together Plaintiffs' allegations that their collective damages extend well into the seven figures, the Complaint "alleges on its face an amount in controversy sufficient to meet the federal jurisdictional threshold." *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 699 (9th Cir. 2007)("[S]uch requirement is presumptively satisfied unless it appears to a 'legal certainty' that the plaintiff cannot actually recover that amount").

6. Thus, under 28 U.S.C. §1332(a), this Court has jurisdiction over this matter because the parties hereto are citizens of different states and the amount in controversy, exclusive of interest and costs, is in excess of $75,000.00.

**WHEREFORE**, Defendant respectfully requests that the above action now pending in in Maricopa County Superior Court be removed to this Court.

DATED this 28th day of May, 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Jeremy C. Johnson
Jeremy C. Johnson
Alexander R. LaCroix
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Jorge Ramirez
Larios and Kerr Trucking, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Adam J. Rack
Rack Law Group
7272 East Indian School Road, Suite 540
Scottsdale, Arizona 85251
Attorney for Plaintiffs

/s/ Mary Creed