**EXHIBIT A**

```
                                              JEFF FINE
                                         Clerk of the Superior Court
                                           By Jennifer Ford, Deputy
                                         Date 03/01/2019 Time 15:51:15
                                         Description              Amount
                                         ---------- CASE# CV2019-002630 ----------
                                         CIVIL NEW COMPLAINT        333.00

                                         TOTAL AMOUNT               333.00
                                               Receipt# 27070455
```

Adam J. Rack, Esq. (# 033669)
**RACK LAW GROUP**
7272 East Indian School Road, Suite 540
Scottsdale, Arizona 85251
Telephone; (602) 903-7017
Fax: (602) 903-7061
Email: adamrack@racklawgroup.com

*Attorney for Plaintiffs*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SAMUEL ALVARADO and ANA ROSA GONZALEZ; CELSO CABRERA TAPIA and YARELI BENITEZ QUINTERO; JUAN FRANCISCO BENITEZ ALVARADO and MARIA QUINTERO; husbands and wives, <br><br> Plaintiffs, <br><br> vs. <br><br> JORGE RAMIREZ LARIOS and JANE DOE RAMIREZ LARIOS husband and wife, KERR TRUCKING, INC; a California Corporation; JOHN DOES I through X and JANE DOES I through X, their respective spouses; BLACK CORPORATIONS I through V and WHITE PARTNERSHIPS I through V, <br><br> Defendants. | Case No.: CV2019-002630 <br><br> **COMPLAINT** <br><br> (Tort-Motor Vehicle – Tier 2) |

Plaintiffs, by and through undersigned counsel, hereby allege the following:

1. Plaintiffs Samuel Alvarado, Ana Rosa Gonzalez, Celso Cabrera Tapia, Yareli Benitez Quintero, Juan Francisco Benitez Alvarado and Maria Quintero (hereinafter

referred to as "Plaintiffs") are, and were at the time of the events alleged herein, residents of Maricopa County, Arizona.

2. Defendants Jorge Ramirez Larios and Jane Doe Ramirez Larios, upon information and belief, are, and were at the time of the events alleged herein, residents of the State of California.

3. Defendant Jorge Ramirez Larios (hereinafter referred to as "Defendant") was acting on behalf of the marital community comprised of himself and Defendant Jane Doe Ramirez Larios, whose true name will be inserted upon discovery.

4. Defendant Kerr Trucking, Inc. is a California Corporation located in San Bernardino County, California.

5. The true names, capacities, and/or relationships, whether individual, corporate, partnership, or otherwise, of JOHN DOES I through X and JANE DOES I through X, their respective spouses, inclusive, and each of them, and BLACK CORPORATIONS I through V and WHITE PARTNERSHIPS I through V, are and were unknown to the Plaintiffs at the time of the filing of this Complaint and Plaintiffs, are therefore, suing said Defendants, and each of them, by said fictitious names. Plaintiffs will ask leave of the Court to amend this Complaint to show the true names, capacities, and/or relationships when the same have been ascertained and, therefore, allege that all of said fictitiously-named Defendants were either joint tortfeasors and/or jointly and severally legally responsible in some manner for the events and happenings herein and proximately caused the injuries and damages to Plaintiffs as hereinafter set forth.

6. Defendants, and each of them, caused an event to occur within the County of Maricopa, State of Arizona, out of which this cause of action arises.

7. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

8. Venue is proper in this Court.

9. This Court has personal jurisdiction over the parties and subject matter jurisdiction over this event.

10. On December 19, 2017, Plaintiffs, Samuel Alvarado, Celso Cabrera Tapia, and Juan Francisco Benitez, were traveling westbound on the I-10 at Milepost-145.9 in Phoenix, Arizona when they came to a complete stop in order to avoid a collision.

11. Without warning, Defendant failed to control the speed of his vehicle and struck the rear of Plaintiffs' vehicle.

## COUNT I – NEGLIGENCE

12. Plaintiffs incorporate by reference all allegations made above as though expressly set forth herein.

13. Defendant was negligent in failing to operate his vehicle in a reasonable and prudent manner under the circumstances and thereby negligently struck the rear end of Plaintiffs' vehicle.

14. Defendant owed a duty of care to Plaintiffs, along with other motorists on the roadway, to operate his vehicle in a reasonable and prudent manner, to not create a hazard for other motorists and in accordance with the Arizona Traffic Laws.

///

15. Defendant breached his duty of care to Plaintiffs by failing to exercise due care while operating his vehicle, causing the collision and bodily injuries to Plaintiffs.

16. As a direct and proximate result of Defendant's negligence, Plaintiffs have suffered, and will continue to suffer, physical and mental injury, including, but not limited to, pain and discomfort, the exact nature of which will be shown with specificity at trial.

17. As a direct and proximate result of Defendant's negligence, Plaintiffs have incurred, and will continue to incur, future expenses for medical treatment and care.

18. Celso Cabrera Tapia's expenses for past and future medical treatment are in excess of $1,423,568.19, as a result of injuries sustained in this collision.

19. Celso Cabrera Tapia suffers a loss of earnings claim in the amount of $550,420.00 for past and future earnings, as a result of injuries sustained in this collision.

20. Samuel Alvarado's expenses for past and future medical treatment are in excess of $272,076.90, as a result of injuries sustained in this collision.

21. Juan Francisco Benitez Alvarado's expenses for past and future medical treatment are in excess of $49,004.16, as a result of injuries sustained in this collision.

## COUNT II – NEGLIGENCE PER SE

22. Plaintiffs incorporate by reference all allegations made above as though expressly set forth herein.

23. Defendant's conduct constituted negligence per se.

24. Defendant is liable for all damages caused by negligence per se.

///

///

4

25. Defendant failed to control the speed of his vehicle by driving too fast for road conditions, drove his vehicle more closely than reasonable and prudent and disregarded other motorists on the roadway, including the traffic conditions ahead, and violated:

A.R.S. §28-701A: Reasonable and prudent speed; prima facie evidence; exceptions *(A person shall not drive a vehicle on a highway at a speed greater than is reasonable and prudent under the circumstances, conditions and actual and potential hazards then existing. A person shall control the speed of a vehicle as necessary to avoid colliding with any object, person, vehicle or other conveyance on, entering or adjacent to the highway in compliance with legal requirements and the duty of all persons to exercise reasonable care for the protection of others.)*

26. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiffs have suffered, and continue to suffer, physical and mental injury, including, but not limited to, pain and discomfort, the exact nature of which will be shown with specificity upon the trial hereof.

## COUNT III – LOSS OF CONSORTIUM

27. Plaintiffs incorporate by reference all prior and subsequent paragraphs as though fully set forth herein.

28. Due to the above-described events of December 19, 2017, Plaintiffs Samuel Alvarado, Celso Cabrera Tapia, and Juan Francisco Benitez Alvarado have sustained serious injuries that have rendered them unable to participate fully in the customary marital relationship and to fully provide the customary services as husbands. Plaintiffs, Ana Rosa Gonzalez, Yareli Benitez Quintero, and Maria Quintero have been deprived of the previous marital relationship

5

with their husbands, the customary comfort and happiness of their society and companionship, and the loss of their many services.

29. As a direct and proximate result of the negligent and grossly negligent acts of the Defendants described herein, Plaintiffs Ana Rosa Gonzalez, Yareli Benitez Quintero, and Maria Quintero have suffered the loss of society, companionship, affection, guidance, comfort, solace, support, services and consortium of Plaintiffs Samuel Alvarado, Celso Cabrera Tapia, and Juan Francisco Benitez Alvarado.

30. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiffs have suffered, and continue to suffer, physical and mental injury, including, but not limited to, pain and discomfort, the exact nature of which will be shown with specificity upon the trial hereof.

**WHEREFORE**, Plaintiffs request for judgment against Defendants as follows:

(a) For Plaintiffs' expenses incurred for past medical care, past medical treatment, future medical treatment and future medical expenses.

(b) For Plaintiffs' past and future loss of earnings.

(c) For Plaintiffs' Loss of Consortium.

(d) For Plaintiff's expenses driving to and from doctor appointments.

(e) In such amount as is fair and reasonable as and for general damages.

(f) In such amount as may be shown at trial as and for special damages.

(g) For Court costs incurred and to be incurred herein.

(h) For reasonable attorney fees and costs.

(i) For interest on the above sums from the date of judgment until paid.

(j)     For such other and further relief as the Court deems just and proper.

DATED this 1st day of ~~February~~ March, 2019.

**RACK LAW GROUP**

By: _____
Adam J. Rack, Esq.
*Attorney for Plaintiffs*

7

**EXHIBIT B**

Jeremy C. Johnson, Bar #025203
Alexander R. LaCroix, Bar #030166
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-4453
Fax:  (602) 200-7868
jjohnson@jshfirm.com
alacroix@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants Jorge Ramirez
Larios and Kerr Trucking, Inc.

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| SAMUEL ALVARADO and ANA ROSA GONZALEZ; CELSO CABRERA TAPIA and YARELI BENITEZ QUINTERO; JUAN FRANCISCO BENITEZ ALVARADO and MARIA QUINTERO; husbands and wives,<br><br>                              Plaintiffs,<br><br>v.<br><br>JORGE RAMIREZ LARIOS and JANE DOE RAMIREZ LARIOS, husband and wife, KERR TRUCKING INC., a California Corporation; JOHN DOES I through X, their respective spouses; BLACK CORPORATIONS I through V and WHITE PARTNERSHIPS I through V,<br><br>                              Defendants. | NO. CV2019-002630<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable James Smith) |

Defendants Jorge Ramirez Larios and Kerr Trucking, Inc., by and through undersigned counsel, pursuant to 28 U.S.C. §§§ 1332, 1441, and 1446, notify this Court that Defendants filed a Notice of Removal of this action to the United States District Court for the

7632312.1

District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

DATED this 28th day of May, 2019.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Jeremy C. Johnson
    Jeremy C. Johnson
    Alexander R. LaCroix
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
    Attorneys for Defendants Jorge Ramirez Larios and Kerr Trucking, Inc.

ORIGINAL of the foregoing electronically filed this 28th day of May, 2019.

COPY of the foregoing mailed/e-mailed this 28th day of May, 2019, to:

Adam J. Rack
Rack Law Group
7272 East Indian School Road, Suite 540
Scottsdale, Arizona  85251
Attorney for Plaintiffs

/s/ Mary Creed